IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MOBILITY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-544 (LPS) (CJB) |
| | ) |
| WESTINGHOUSE AIR BRAKE | ) |
| TECHNOLOGIES CORPORATION | ) |
| (d/b/a WABTEC CORPORATION), | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Siemens Mobility, Inc. ("Siemens") and Defendant Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) (jointly, the "Parties") have agreed to amicably resolve the disputes that are the subject of this litigation.

Accordingly, IT IS HEREBY STIPULATED by the Parties, through their undersigned counsel, that all claims asserted by Siemens in this action are hereby voluntarily dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties to bear their own costs and attorney fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | K&L GATES LLP |
| /s/ *Stephen J. Kraftschik* | /s/ *Steven L. Caponi* |
| Karen Jacobs (#2881)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>skraftschhik@mnat.com | Steven L. Caponi (#3484)<br>K&L GATES LLP<br>600 North King Street<br>Suite 901<br>Wilmington, DE 19801<br>(302) 416-7080<br>steven.caponi@klgates.com |
| *Attorneys for Plaintiff*<br>*Siemens Mobility, Inc.* | *Attorneys for Defendant*<br>*Westinghouse Air Brake Technologies*<br>*Corporation (d/b/a Wabtec Corporation)* |
| OF COUNSEL: | OF COUNSEL: |
| Kent A. Gardiner<br>Mark Supko<br>Joshua M. Rychlinski<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004 | Kathleen Wallace, Esquire<br>Laura Diss Gradel, Esquire<br>JONES DAY<br>100 High Street, 21st Floor<br>Boston, MA  02110 |
| Chahira Solh<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614 | John M. Majoras, Esquire<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC  20001 |
| Sima Namiri-Kalantari<br>CROWELL & MORING LLP<br>515 S. Flower Street, 41st Floor<br>Los Angeles, CA 90071 | . |

October 2, 2019